| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Kenneth Flint |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-mj-00112 EPG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO VACATE |
| | ) | HEARING AND TRANSPORT MR. FLINT |
| vs. | ) | |
| | ) | JUDGE: Hon. Erica P. Grosjean |
| KENNETH FLINT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference currently set for August 10, 2017, may be vacated and Mr. Flint be ordered transported in the care and custody of the United States Marshals to the Western District of Louisiana, Shreveport Division, as soon as practicable.

Mr. Flint previously waived his right to an identity hearing and was detained by this court on his out-of-district warrant. Additional time was requested by defense counsel so additional medical documentation could be obtained and provided to the marshals so Mr. Flint could receive appropriate medical care during his transport to Louisiana. Defense counsel has now received medical records from two different hospitals and has provided those to the United States Marshals so they can forward the information to the Justice Prisoner and Alien Transportation System ("JPATS") to properly meet Mr. Flint's medical needs during transport.

Because defense believes there is now sufficient information for JPATS / U.S. Marshals to make informed decisions as to the method of Mr. Flint's travel and the level of medical care necessary during transportation, both counsel would request the status conference be vacated and Mr. Flint transported at this time.

    Respectfully submitted,

    PHILLIP A. TALBERT
    United States Attorney

DATED: August 4, 2017     */s/ Kevin P. Rooney*
    KEVIN P. ROONEY
    Assistant United States Attorney
    Attorney for Plaintiff

    HEATHER E. WILLIAMS
    Federal Defender

DATED: August 4, 2017     */s/ Charles J. Lee*
    CHARLES J. LEE
    Assistant Federal Defender
    Attorneys for Defendant
    KENNETH FLINT

## **O R D E R**

IT IS SO ORDERED. The status conference on August 10, 2017 shall be vacated and Mr. Flint shall be ordered transported in the care and custody of the United States Marshals as soon as practicable to the Western District of Louisiana, Shreveport Divison.

IT IS SO ORDERED.

Dated: **August 4, 2017**     /s/ Erica P. Grosjean
    UNITED STATES MAGISTRATE JUDGE